SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>COTTAGE BELL INVESTORS,<br><br>            Defendant.<br>_____ | ) Case No.**2:10-cv-00994 FCD KJM**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL JULY 6,<br>) 2010 FOR DEFENDANTS COTTAGE<br>) BELL INVESTORS TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>)<br>)<br>) |

    Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson

and Defendant Cottage Bell Investors, by and through their

respective attorneys of record, Scott N. Johnson; Kelley S.

Kern, stipulate as follows:

1.  One extension of time has been previously

     obtained up to and including June 21, 2010.

2.  Defendant, Cottage Bell Investors, are granted

     an extension until July 6, 2010 to respond or

     otherwise plead reference to Plaintiff's

     complaint.

3.  Defendant, Cottage Bell Investors, response

     will be due no later than July 6, 2010.


     IT IS SO STIPULATED effective as of June 17, 2010


Dated:   June 17, 2010                    /s/Kelley S. Kern___ ____

                                          Kelley S. Kern,

                                          Attorney for Defendants,

                                          Cottage Bell Investors


Dated:   June 17, 2009                    /s/Scott N. Johnson _____

                                          Scott N. Johnson,

                                          Attorney for Plaintiff

1    **IT IS SO ORDERED:** that Defendant, Cottage Bell

2  Investors, shall have until July 6, 2010 to respond to

3  complaint.

4

5  Dated: June 21, 2010

6  _____

7                    FRANK C. DAMRELL, JR.
                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28