SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Cottage Bell Investors,<br><br>    Defendants. | Case No.: CIV.S 10-cv-00994-FCD-KJM<br><br>REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; **ORDER** |

TO THE COURT AND ALL PARTIES:

The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by August 9, 2010. Plaintiff's Counsel respectfully requests an extension until September 30, 2010 to file dispositional documents due to the fact that the Defendant in this action is currently in the process of obtaining access compliance reports and construction estimates for additional properties.

1

STIPULATION AND ORDER RE REQUEST FOR EXTENSION
                              CIV: S-10-cv-00994-FCD-KJM

1 | Dated:  August 25, 2010

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than September 30, 2010.

Dated:  August 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER RE REQUEST FOR EXTENSION
CIV: S-10-cv-00994-FCD-KJM